Certificate Number: 03088-PAE-CC-038781025



03088-PAE-CC-038781025

# CERTIFICATE OF COUNSELING

I CERTIFY that on August 19, 2024, at 11:31 o'clock AM CDT, Joseph C Cann Jr. received from Debt Education and Certification Foundation, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the Eastern District of Pennsylvania, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date:  August 19, 2024      By:    /s/Crystal Towner

                            Name:  Crystal Towner

                            Title: Supervisor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. 109(h) and 521(b).