Certificate Number: 16339-PAE-DE-038819371

Bankruptcy Case Number: 24-13013



16339-PAE-DE-038819371

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 30, 2024, at 8:10 o'clock AM EDT, Joseph Cann completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  August 30, 2024    By:  /s/Kelley Tipton

Name:  Kelley Tipton

Title:  Certified Financial Counselor