**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION**

IN RE:                                                                                    Case No. 24-13013-amc
                                                                                                  Chapter 13

Joseph Corte Cann, Jr.

Debtor(s).

## **NOTICE OF APPEARANCE**

**Athene Annuity and Life Company**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Steven K. Eisenberg, Esquire
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976**

By:     /s/ Steven K. Eisenberg
          Steven K. Eisenberg, Esquire
          Bar No: 75736
          Stern & Eisenberg, PC
          1581 Main Street, Suite 200
          The Shops at Valley Square
          Warrington, PA 18976
          Phone: (215) 572-8111
          Fax: (215) 572-5025
          seisenberg@sterneisenberg.com
          Attorney for Creditor

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 4th day of October, 2024, to the following:

Michael A. Cibik
Cibik & Cataldo, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102
ecf@ccpclaw.com
***Attorney for Debtor(s)***


Kenneth E. West
1234 Market Street - Suite 1813
Philadelphia, PA 19107
ecfemails@ph13trustee.com
***Chapter 13 Trustee***


United S. Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107
USTPRegion03.PH.ECF@usdoj.gov
***U.S. Trustee***


and by standard first class mail postage prepaid to:

Joseph Corte Cann, Jr.
1453 N. 56th St
Philadelphia, PA 19131

***Debtor(s)***


      By:      /s/ Steven K. Eisenberg
           Steven K. Eisenberg, Esquire