**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 24-13013** |
| **Joseph Corte Cann, Jr** | : | **Chapter 13** |
| | : | **Judge Ashely M. Chan** |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * * |
| | : | |
| **JPMorgan Chase Bank, N.A.** | : | |
| **Movant,** | : | **Date and Time of Hearing** |
| | : | **Place of Hearing** |
| **vs** | : | **February 18, 2025 at 11:00 a.m.** |
| | : | |
| **Joseph Corte Cann, Jr** | : | **U.S. Bankruptcy Court** |
| **Eric Wright** | : | **900 Market Street, Suite 400, Courtroom #4** |
| **Kenneth E. West** | : | **Philadelphia, PA, 19107** |
| **Respondents.** | : | |

**ORDER GRANTING MOTION FOR RELIEF FROM STAY AND CODEBTOR STAY REGARDING 2023 MITSUBISHI OUTLANDER SPORT, VIN JA4ARUAU1PU013971**

This matter came before the Court on the Motion for Relief from Stay and the Codebtor Stay (the "Motion") filed by JPMorgan Chase Bank, N.A. ("Creditor").

Creditor has alleged that good cause for granting the Motion exists, and that Debtor, Codebtor, counsel for the Debtor, the Chapter 13 Trustee, and all other necessary parties were served with the Motion, and with notice of the hearing date on the Motion. No party filed a response or otherwise appeared in opposition to the Motion, or all responses have been withdrawn.  For these reasons, it is appropriate to grant the relief requested.

IT IS, THEREFORE, ORDERED that the Motion is granted.  The automatic stay imposed by § 362 and § 1301 of the Bankruptcy Code are terminated with respect to the Creditor, its successors, and assigns and that the fourteen (14) day stay of the order imposed by Bankrupcty Rule 4001(a)(4) is waived.

24-022867_EJS1

Creditor is hereby permitted to take any and all actions necessary to accelerate the balance due on the Contract, to sell the Collateral in accordance with state law, to apply the net proceeds to the Contract, and to otherwise exercise its contractual and state law rights as to the Collateral.

Date: _____    _____
                                          Judge Ashely M. Chan
                                          United States Bankruptcy Judge

24-022867_EJS1