## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | |
| | Case No.: 24-13013 |
| Joseph Corte Cann, Jr | Chapter 13 |
| | Judge Ashely M. Chan |
| Debtor(s) | * * * * * * * * * * * * * * * * * |
| | |
| JPMorgan Chase Bank, N.A. | Date and Time of Hearing |
| Movant, | Place of Hearing |
| vs | February 18, 2025 at 11:00 a.m. |
| | |
| Joseph Corte Cann, Jr | U.S. Bankruptcy Court |
| Eric Wright | 900 Market Street, Suite 400, Courtroom |
| Kenneth E. West | #4 |
| Respondents. | Philadelphia, PA, 19107 |

**CERTIFICATION OF NO OBJECTION REGARDING
MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND CODEBTOR STAY AS
TO ERIC WRIGHT TO PERMIT JPMORGAN CHASE BANK, N.A. TO REPOSSESS
THE 2023 MITSUBISHI OUTLANDER SPORT WITH THE VEHICLE
IDENTIFICATION NUMBER JA4ARUAU1PU013971 (DOCUMENT NO. 17)**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay and Codebtor Stay as to Eric Wright ("Motion") filed on January 30, 2025, at Document No. 17 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than February 14, 2025.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

/s/Stephen R. Franks
Stephen R. Franks, Esquire (333394)
Adam B. Hall (323867)
MDK Legal

24-022867_EJS1

                                          P.O. Box 165028
                                          Columbus, OH  43216-5028
                                          Telephone: 614-220-5611
                                          Fax: 614-627-8181
                                          Attorneys for Creditor
                                          The case attorney for this file is Stephen R. Franks.
                                          Contact email is srfranks@mdklegal.com

24-022867_EJS1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 24-13013** |
| **Joseph Corte Cann, Jr** | : | **Chapter 13** |
| | : | **Judge Ashely M. Chan** |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * * |
| | : | |
| **JPMorgan Chase Bank, N.A.** | : | |
| | : | **Date and Time of Hearing** |
| **Movant,** | : | **Place of Hearing** |
| **vs** | : | **February 18, 2025 at 11:00 a.m.** |
| | : | |
| **Joseph Corte Cann, Jr** | : | **U.S. Bankruptcy Court** |
| **Eric Wright** | : | **900 Market Street, Suite 400, Courtroom** |
| **Kenneth E. West** | : | **#4** |
| **Respondents.** | : | **Philadelphia, PA, 19107** |

## CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Certificate of No Objection Regarding Motion for Relief from the Automatic Stay and Codebtor Stay to Permit JPMorgan Chase Bank, N.A. To Repossess the 2023 Mitsubishi Outlander Sport with the Vehicle Identification Number JA4ARUAU1PU013971 (Document No. 17) was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

KENNETH E. WEST, Office of the Chapter 13 Standing Trustee, ecfemails@ph13trustee.com

MICHAEL A. CIBIK, Attorney for Joseph Corte Cann, Jr, help@cibiklaw.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Joseph Corte Cann, Jr, 1453 N 56th St, Philadelphia, PA  19131-3905

24-022867_EJS1

Eric Wright, 4237 W Warminster Ave, Philadelphia, PA  19104

/s/Stephen R. Franks

24-022867_EJS1