United States Bankruptcy Court

Eastern District of Pennsylvania

In re: | Case No. 24-13013-amc
Joseph Corte Cann, Jr | Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 1
Date Rcvd: Feb 20, 2025      Form ID: pdf900      Total Noticed: 2

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 22, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Joseph Corte Cann, Jr, 1453 N 56th St, Philadelphia, PA 19131-3905 |
|  | Eric Wright, 4237 W Warminister Ave., Philadelphia, PA 19104 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 20, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Joseph Corte Cann Jr help@cibiklaw.com, noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| STEVEN K. EISENBERG | on behalf of Creditor Athene Annuity and Life Company seisenberg@sterneisenberg.com  bkecf@sterneisenberg.com |
| Stephen Franks | on behalf of Creditor JPMORGAN CHASE BANK N.A. amps@manleydeas.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 24-13013** |
| **Joseph Corte Cann, Jr** | : | **Chapter 13** |
| | : | **Judge Ashely M. Chan** |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * * |
| | : | |
| **JPMorgan Chase Bank, N.A.** | : | |
| | : | **Date and Time of Hearing** |
| **Movant,** | : | **Place of Hearing** |
| vs | : | **February 18, 2025 at 11:00 a.m.** |
| | : | |
| **Joseph Corte Cann, Jr** | : | **U.S. Bankruptcy Court** |
| **Eric Wright** | : | **900 Market Street, Suite 400, Courtroom #4** |
| **Kenneth E. West** | : | **Philadelphia, PA, 19107** |
| **Respondents.** | : | |

**ORDER GRANTING MOTION FOR RELIEF FROM STAY AND CODEBTOR STAY REGARDING 2023 MITSUBISHI OUTLANDER SPORT, VIN JA4ARUAU1PU013971**

This matter came before the Court on the Motion for Relief from Stay and the Codebtor Stay (the "Motion") filed by JPMorgan Chase Bank, N.A. ("Creditor").

Creditor has alleged that good cause for granting the Motion exists, and that Debtor, Codebtor, counsel for the Debtor, the Chapter 13 Trustee, and all other necessary parties were served with the Motion, and with notice of the hearing date on the Motion. No party filed a response or otherwise appeared in opposition to the Motion, or all responses have been withdrawn. For these reasons, it is appropriate to grant the relief requested.

IT IS, THEREFORE, ORDERED that the Motion is granted. The automatic stay imposed by § 362 and § 1301 of the Bankruptcy Code are terminated with respect to the Creditor, its successors, and assigns and that the fourteen (14) day stay of the order imposed by Bankrupcty Rule 4001(a)(4) is waived.

24-022867_EJS1

Creditor is hereby permitted to take any and all actions necessary to accelerate the balance due on the Contract, to sell the Collateral in accordance with state law, to apply the net proceeds to the Contract, and to otherwise exercise its contractual and state law rights as to the Collateral.

Date: _____

**Date: February 20, 2025**

_____
Judge Ashely M. Chan
United States Bankruptcy Judge

24-022867_EJS1