United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Joseph Corte Cann, Jr  
    Debtor

Case No. 24-13013-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Jul 01, 2025      Form ID: pdf900      Total Noticed: 41

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Joseph Corte Cann, Jr, 1453 N 56th St, Philadelphia, PA 19131-3905 |
| 14933921 | + | Athene Annuity and Life Company, c/o Steven K. Eisenberg, Esquire, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square Warrington, PA 18976-3403 |
| 14920364 | + | GRB Law, 1425 Spruce Street Suite 100, Philadelphia, PA 19102-4578 |
| 14920368 | | Mainline Health, Attn: Bankruptcy, 240 N Radnor Chester Rd, Wayne, PA 19087-5170 |
| 14920374 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 14920381 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 02 2025 01:09:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 02 2025 01:08:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | ^ | MEBN | Jul 02 2025 01:04:55 | Athene Annuity and Life Company, c/o Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| 14937161 | | Email/PDF: bncnotices@becket-lee.com | Jul 02 2025 01:17:05 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14920356 | + | Email/PDF: bncnotices@becket-lee.com | Jul 02 2025 01:17:24 | American Express Travel Related Services, Attn: Bankruptcy, PO Box 981537, El Paso, TX 79998-1537 |
| 14920357 | | Email/PDF: bncnotices@becket-lee.com | Jul 02 2025 01:17:55 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 14943784 | + | Email/Text: BKMAIL@planethomelending.com | Jul 02 2025 01:08:00 | Athene Annuity and Life Company, c/o Planet Home Lending, LLC, 321 Research Parkway, Suite 303, Meriden, CT 06450-8342 |
| 14930554 | | Email/Text: notices@bkservicing.com | Jul 02 2025 01:08:00 | Mercedes-Benz Financial Services USA LLC, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |
| 14920358 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 02 2025 01:08:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14941091 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 02 2025 01:08:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 14920361 | | Email/Text: megan.harper@phila.gov | Jul 02 2025 01:09:00 | City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |

Case 24-13013-amc    Doc 33    Filed 07/03/25    Entered 07/04/25 00:47:04    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 01, 2025 | Form ID: pdf900 | Total Noticed: 41 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14977070 | | Email/Text: megan.harper@phila.gov | Jul 02 2025 01:09:00 | City of Philadelphia Law Department, Tax Litigation and Collections Unit, 1401 John F. Kennedy Blvd., Suite 580, Philadelphia, PA 19102 |
| 14961682 | | Email/Text: megan.harper@phila.gov | Jul 02 2025 01:09:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 191021595 |
| 14920359 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 02 2025 01:17:53 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14920360 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 02 2025 01:17:24 | Chase Auto Finance, Attn: Bankruptcy 700 Kansas Lane LA, Monroe, LA 71203-4774 |
| 14920362 | | Email/Text: bankruptcy@philapark.org | Jul 02 2025 01:09:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14920363 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 02 2025 01:08:00 | Comenitybank/trwrdsv, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14920367 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 02 2025 01:17:57 | Macy's/ DSNB, Atytn: Bankruptcy 701 E. 60th Street Nor, Sioux Falls, SD 57104 |
| 14920365 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 02 2025 01:08:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14927678 | | Email/Text: amps@manleydeas.com | Jul 02 2025 01:08:00 | JPMorgan Chase Bank, N.A., c/o Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14927918 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 02 2025 01:17:06 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix AZ 85038-9505 |
| 14920366 | + | Email/Text: Documentfiling@lciinc.com | Jul 02 2025 01:08:00 | Lending Club, Attn: Bankruptcy 595 Market st, San Francisco, CA 94105-5839 |
| 14920369 | + | Email/Text: M74banko@mercedes-benz.com | Jul 02 2025 01:08:00 | Mercedes - Benz Financial Services, Attn: Bankruptcy, P.O. Box 685, Roanoke, TX 76262-0685 |
| 14920371 | | Email/Text: fesbank@attorneygeneral.gov | Jul 02 2025 01:08:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14920370 | ^ | MEBN | Jul 02 2025 01:04:57 | Penn Medicine, PO Box 824406, Philadelphia, PA 19182-4406 |
| 14920372 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 02 2025 01:08:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14920373 | ^ | MEBN | Jul 02 2025 01:05:04 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14920375 | | Email/Text: bankruptcy@philapark.org | Jul 02 2025 01:09:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 14920376 | + | Email/Text: BKMAIL@planethomelending.com | Jul 02 2025 01:08:00 | Planet Home Lending, 321 Research Parkway, Meriden, CT 06450-8301 |
| 14920378 | + | Email/Text: bankruptcy1@pffcu.org | Jul 02 2025 01:08:00 | Police & Fire FCU, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14920377 | + | Email/Text: bankruptcy1@pffcu.org | Jul 02 2025 01:08:00 | Police & Fire FCU, Attn: Bankruptcy 901 Arch Street, Philadelphia,, PA 19107-2495 |
| 14924280 | + | Email/Text: bankruptcy1@pffcu.org | Jul 02 2025 01:08:00 | Police & Fire Federal Credit Union, One Greenwood Square, 3333 Street Road, Bensalem, PA 19020-2022 |
| 14940827 | | Email/Text: bnc-quantum@quantum3group.com | Jul 02 2025 01:08:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |

Case 24-13013-amc    Doc 33    Filed 07/03/25    Entered 07/04/25 00:47:04    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 01, 2025 | Form ID: pdf900 | Total Noticed: 41 |

| 14920379 | + Email/Text: bankruptcy@td.com | Jul 02 2025 01:09:00 | TD Bank, N.A., Attn: Bankruptcy, 32 Chestnut Street PO Box 1377, Lewiston, ME 04243 |
| 14920380 | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jul 02 2025 01:09:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |

TOTAL: 35

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14937162 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 03, 2025                Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 1, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor JPMORGAN CHASE BANK N.A. amps@manleydeas.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Joseph Corte Cann Jr help@cibiklaw.com, noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| STEVEN K. EISENBERG | on behalf of Creditor Athene Annuity and Life Company seisenberg@sterneisenberg.com bkecf@sterneisenberg.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                :        Chapter 13

Joseph Corte Cann, Jr.,


Debtor.                                           :        24-13013-AMC

ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR
APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Any wage orders previously entered are **VACATED**.

3. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

4. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within **twenty (20) days** of the entry of this Order.

5. **Promptly after the expiration of the time period set forth in Paragraph 4 above, Counsel for the Debtor(s) shall file either:**

    (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or

    (b) a Certification that an objection or an application has been filed (after which the Clerk shall schedule a hearing on all such applications).

6. If no Certification, as required above in Paragraph 5 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Dated: June 30, 2025

**HONORABLE ASHELY M. CHAN
CHIEF U.S. BANKRUPTCY JUDGE**